UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Taranjeet KAUR, | Case No.:  26-cv-2070-AGS-DDL |
|---|---|
| Petitioner, | **ORDER DENYING HABEAS PETITION (ECF 1)** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

Petitioner Taranjeet Kaur seeks a writ of habeas corpus under 28 U.S.C. § 2241 to release her from immigration custody. For the reasons set out on the record of today's hearing, the habeas petition is **DENIED**. The Clerk will issue a judgment and close this case.

Dated:  April 27, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2070-AGS-DDL